Same case below, 360 Fed. Appx. 246.

**No. 10-5779. Rickey Sabedra, Petitioner v. United States Court of Appeals for the Fifth Circuit.**

562 U.S. 957, 131 S. Ct. 499, 178 L. Ed. 2d 283, 2010 U.S. LEXIS 7914.

October 12, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8.

**No. 10-5813. Hung Ha, Petitioner v. William McGuiness.**

562 U.S. 957, 131 S. Ct. 469, 178 L. Ed. 2d 283, 2010 U.S. LEXIS 7861.

October 12, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of California, First Appellate District, dismissed. See Rule 39.8.

**No. 10-5817. Chris Jacobs, Petitioner v. Peter Huibregtse, Warden.**

562 U.S. 957, 131 S. Ct. 470, 178 L. Ed. 2d 283, 2010 U.S. LEXIS 7858.

October 12, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-5832. Gregg Moore, Petitioner v. United States Postal Service, et al.**

562 U.S. 957, 131 S. Ct. 499, 178 L. Ed. 2d 283, 2010 U.S. LEXIS 7872.

October 12, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit dismissed. See Rule 39.8.